CONNIE M. PARKER, SBN 254484
**PARKER, KERN, NARD & WENZEL**
7112 N. Fresno Street, Suite 300
Fresno, California 93720
Telephone: (559) 449-2558
Facsimile: (559) 449-2564
Email: cparker@pknwlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MARTINEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HALL MANAGEMENT CORP., a California corporation; HALL MANAGEMENT GROUP, INC. a California corporation; and DOES 1through100,<br><br>Defendants | Case No.: 1:19-cv-00343-DAD-BAM<br><br>**ORDER ON STIPULATION FOR STAY OF DISTRICT COURT PROCEEDINGS** |

Pursuant to the stipulation of the parties, and good cause appearing, this action is HEREBY STAYED pending class action settlement approval in *Martinez v. Hall Management Corp., et. al.*, Kern County Superior Court Case No. BCV-19-101497. Plaintiff shall file a status report every sixty (60) days, beginning from the date of this Order, notifying the Court of the status of the state court proceedings. Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **January 24, 2020**      /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE

1
PROPOSED ORDER RE: STIPULATION FOR STAY