UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MARTINEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>HALL MANAGEMENT CORP.,<br><br>  Defendant. | No. 1:19-CV-00343-DAD-BAM<br><br><u>ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO THE PARTIES' STIPULATION</u><br><br>(Doc. No. 35) |

  The matter before the court is the parties' joint stipulation and request for dismissal of the entire action with prejudice. (Doc. No. 35.) For the reasons set forth below, this action will be dismissed pursuant to the parties' stipulation (Doc. No. 35).

  On January 27, 2020, the assigned magistrate granted a stay of this action so the parties could instead seek preliminary approval of the parties' settlement of the related class action case proceeding in Kern County Superior Court, No. BCV-19-101497 (the "Kern County action"). (Doc. Nos. 21, 22, 24.) On August 11, 2020, the judge presiding over the Kern County action granted preliminary approval of that class action settlement. (Doc. No. 32.) Notice of the proposed settlement was mailed to the proposed class members, and the parties state no proposed class member opted out. (Doc. No. 35 at 7.) On January 26, 2021, the judge presiding over the Kern County Superior Court action granted final approval, finding the settlement fair, reasonable,

1

and adequate. (*Id*. at 2, 6.) The parties are now seeking a dismissal of the pending action because the parties' class action settlement has been approved through the Kern County Superior Court action. (*Id*.)

As the assigned magistrate judge previously determined, the parties' decision to seek state court approval of the settlement of an identical class could be used to satisfy the requirements of Federal Rule of Civil Procedure 23(e). (Doc. Nos. 21, 24.) This process has now been completed, all issues related to class settlement have been addressed, including awarding attorneys' fees, settlement administrator costs, and plaintiff's service award, so the pending case may be closed in accordance with the terms of the parties' stipulation.

Accordingly,

1. This action is dismissed with prejudice in accordance with the terms of the parties' stipulation; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 17, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

2